IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DOUGLAS REED,           No. CIV S-08-1123-JAM-CMK-P

    Plaintiff,

  vs.           <u>ORDER</u>

EAMON FITZGERALD, et al.,

    Defendants.

_____/

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On June 27, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.[1] No objections to the findings and recommendations have been filed.

///

---

[1] Plaintiff submitted a notice of change of address on July 9, 2008, and the findings and recommendations were re-served to the new address on July 11, 2008.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. The findings and recommendations filed June 27, 2008, are adopted in
5  full;
6  2. This action is dismissed; and
7  3. The Clerk of the Court is directed to enter judgment and close this file.
8  DATED: 9/26/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE